# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2051

_____

Emir James Phillips

*Plaintiff - Appellant*

v.

Board of Curators of Lincoln University, formerly known as Lincoln University;
Dr. Stevie Lawrence; Dr. Cornelius Brownlee; Dr. Deneia Thomas; Does, 1-20

*Defendants - Appellees*

_____

No. 25-2169

_____

Emir James Phillips

*Plaintiff - Appellant*

v.

Board of Curators of Lincoln University, formerly known as Lincoln University;
Dr. Stevie Lawrence; Does, 1-20

*Defendants - Appellees*

_____

Appeals from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: November 4, 2025
Filed: November 7, 2025
[Unpublished]
_____

Before SHEPHERD, KELLY, and GRASZ, Circuit Judges.
_____

PER CURIAM.

In these appeals, Emir Phillips appeals following the district court's[1] dismissal of his two pro se 42 U.S.C. § 1983 actions. After careful review of the record and the parties' arguments on appeal, we conclude that the district court did not err in dismissing the cases. See Ingram v. Ark. Dep't of Corr., 91 F.4th 924, 927 (8th Cir. 2024) (dismissal for failure to state claim is reviewed de novo). We also conclude that the district court did not abuse its discretion in denying Phillips's motions for relief from judgment. See Harley v. Zoesch, 413 F.3d 866, 870 (8th Cir. 2005) (standard of review). Accordingly, we affirm in both appeals, and we deny Phillips's pending motions as moot. See 8th Cir. R. 47B.

_____

[1]The Honorable Beth Phillips, Chief Judge, United States District Court for the Western District of Missouri.

-2-